ORIGINAL

FILED

10/06/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0462

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 22-0462

_____

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

JOHN ALBERT MULLIGAN,

    Defendant and Appellant.

_____

O R D E R

FILED

OCT 0 6 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Upon consideration of the Appellant John Albert Mulligan's Notice to Withdraw his appeal and good cause appearing,

IT IS HEREBY ORDERED that this appeal is DISMISSED with prejudice.

DATED this ⎯6⎯ day of October, 2022.

For the Court,

_____

Chief Justice